UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| David Darsow, an individual,<br><br>    Plaintiff.<br><br>    vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, and DOES 1 to 10, inclusive,<br><br>    Defendant. | Case No.: 8:19-cv-01794-JLS-JDE<br><br>**JUDGMENT**<br><br>The Hon. Josephine L. Staton |

The Motion to Dismiss the Complaint, filed by defendant WELLS FARGO BANK, N.A. ("Wells Fargo"), was noticed for hearing on November 4, 2019, the Honorable Josephine L. Staton, presiding. The Court, having granted the Motion in full with prejudice in a written order dated October 30, 2019, **IT IS HEREBY ORDERED AND ADJUDGED AS FOLLOWS:**

1. Judgment is hereby entered in favor of Wells Fargo and against Plaintiff; and

2. Plaintiff shall take and recover nothing from Wells Fargo.

DATED: November 18, 2019

_____
THE HON. JOSEPHINE L. STATON
UNITED SATES DISTRICT JUDGE